UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>STEWART T. WILEY<br><br>　　　　　　　　　　　Defendant | CIVIL NO. 17-02257 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on May 16, 2017. The summons issued on May 16, 2017 has expired.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 315936
　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>STEWART T. WILEY<br><br>　　　　　　　Defendant(s) | CIVIL NO. 17-02257 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

STEWART T. WILEY
2224 Ruffner Street
Philadelphia, PA 19140-2820

by mailing a true and correct copy thereof, postage prepaid, on this 30 day of August, 2017.

Respectfully submitted,
KML Law Group, P.C.

By: *(signature)*
Jillian Hill, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6305