# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-02257

Sheriff's Sale Date: _____

v.

STEWART T. WILEY, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served STEWART T. WILEY the above process on the 23 day of October, 2017, at 10:48 o'clock, A M, at 2224 RUFFNER STREET PHILADELPHIA, PA 19140, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_   )
                             ) SS:
County of _Berks_            )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-168491
Case ID #:5016296

Subscribed and sworn to before me
this _24_ day of _Oct_, 20_17_.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO - BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>7123-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703830669231<br>9171999991703830669231 | WILEY, STEWART T.<br>109 E. Tabor Road<br>Philadelphia, PA 19120 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830669248<br>9171999991703830669248 | WILEY, STEWART T.<br>2224 Ruffner Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| Page Totals | 2 | | 0.97 | 9.70 | | | 10.67 |
| Cumulative Totals | 2 | | 0.97 | 9.70 | | | 10.67 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C      Certified
ERR    Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

Columns: Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee

2. TO  STEWART WILEY
WILEY, STEWART T.
2224 Ruffner Street
Philadelphia, PA 19140 – 2820

U.S. POSTAGE — PITNEY BOWES
ZIP 19106
02 1W
0001391829 OCT 13 2017
$ 002.70⁰

USPS CONTINENTAL STATION
OCT 18 2017
PHILA, PA 19106

3. TO  STEWART WILEY
WILEY, STEWART T.
109 E. Tabor Road
Philadelphia, PA 19120 – 3018

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee): RCO B. Augustin

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-168491   Philadelphia County   Sale Date:

STEWART T. WILEY